AIMCOR, ALABAMA SILICON, INC. AND AMERICAN ALLOYS, INC., PLAINTIFFS *v.*
UNITED STATES, DEFENDANT, AND CVG-VENEZOLANA DE FERROSILICIO,
C.A., DEFENDANT-INTERVENOR

Consolidated Court No. 93–06–00322

(Dated January 4, 1996)

## ORDER

DICARLO, *Chief Judge:* Upon consideration of Plaintiffs' motion for judgment upon the agency record pursuant to Rule 56.2 of the Rules of this court, Defendant's and Defendant-Intervenor's responses thereto, and the agency record, it is hereby

ORDERED that Plaintiffs' motion for judgment upon the agency record is granted; and it is further

ORDERED that Commerce's final countervailing duty determination is remanded in accordance with the instructions set forth in *Aimcor v. United States,* Slip-Op. 95–210 (Dec. 29, 1995); and it is further

ORDERED that the remand results shall be filed with the court within 60 days from the date of this order. Any party contesting the remand results shall file comments within 30 days of the remand results. Commerce may file its response to any comments within 15 days of the filing of the comments.